Stephen R. Harris, Bar No. 1463
BELDING, HARRIS AND PETRONI
417 West Plumb Lane
Reno, Nevada 89509
Telephone: 775-786-7600
Facsimile: 775-786-7764
Email: steve@renolaw.biz

Alan D. Smith, WSBA No. 24964
Brian A. Jennings, WSBA No. 32509
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, WA  98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000
Email:    ADSmith@perkinscoie.com
          BJennings@perkinscoie.com
Attorneys for Plaintiff/ Debtors and Debtors-in-Possession

E-Filed 4-27-06

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re

PTI HOLDING CORP.,et al.,

          Debtors.

---

HOMESTEAD HOLDINGS, INC.,

               Plaintiff,

     v.

BROOME & WELLINGTON

               Defendant.

Case Nos. 06-50140 through 06-50146
Administratively consolidated under:
CASE NO. 06-50140

Adversary Proc. No. 06-05051-gwz

**NOTICE OF HEARING ON MOTION
FOR PRELIMINARY INJUNCTION**

Hrg. Date:   June 1, 2006
Hrg. Time:  1:30 p.m.

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

]

NOTICE IS HEREBY GIVEN that a **MOTION FOR PRELIMINARY INJUNCTION**, filed herein on April 26, 2006, by STEPHEN R. HARRIS, ESQ. of BELDING, HARRIS & PETRONI, LTD. and ALAN D. SMITH, ESQ. of PERKINS COIE LLP, attorneys for Plaintiff HOMESTEAD HOLDINGS, INC. ("Homestead"), a Debtor in these jointly administered Chapter 11 cases, requests entry of a preliminary injunction prohibiting Defendant BROOME & WELLINGTON ("B&W), and all of those acting in concert with B&W, from commencing or continuing litigation against David Greenstein, Steven Greenstein, or Greenco Enterprises, Inc., other than through the resolution of B&W's Proof of Claim pursuant to this Adversary Proceeding.

Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

> Local Rule 9014(e)(1): "Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e) & (f)), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If an objection or opposition is not timely filed and served, then the relief requested may be granted without a hearing. LR 9014(a)(1) and LR 9014(c)(1)(E).

Written requests for copies of the subject MOTION shall be mailed or faxed to the Debtors, in care of their attorney, STEPHEN R. HARRIS, ESQ., of BELDING, HARRIS & PETRONI, LTD., 417 West Plumb Lane, Reno, Nevada 89509, Fax Number: (775) 786-7764.

NOTICE IS FURTHER GIVEN that a hearing will be held before a United States

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Bankruptcy Judge in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy

Courtroom, Fifth Floor, Reno, Nevada 89509, on **June 1, 2006, at 1:30 p.m.**.

DATED this 27th day of April, 2006.


**BELDING, HARRIS & PETRONI**


By /s/ Stephen R. Harris
        Stephen R. Harris, Bar No. 1463

**PERKINS COIE LLP**


By /s/ Alan D. Smith
        Alan D. Smith, WSBA #24964
        Brian A. Jennings, WSBA #32509
        Justin L. Moon, WSBA #36981

Attorneys for Plaintiff and Debtors and Debtors in
Possession

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000