**Entered on Docket
July 05, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>PTI HOLDING CORP., a Nevada corporation, et al.,<br><br>          Debtors.<br>_____<br><br>HOMESTEAD HOLDINGS, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>BROOME & WELLINGTON,<br><br>          Defendant.<br>_____ | BK-N-06-50140 - BK-N-06-50146<br><br>Administratively Consolidated Under Case No. BK-N-06-50140<br><br>Chapter 11<br><br>Adv. Proceeding No.: 06-5051<br><br>Date:  June 30, 2006<br>Time:  1:30 p.m. |

**PRELIMINARY INJUNCTION**

For the reasons discussed in an accompanying opinion,

- Except for any action in this court with respect to the proof of claim filed by Broome & Wellington on March 23, 2006, Broome & Wellington is enjoined from filing or otherwise prosecuting any legal action against Steven Greenstein,

David Greenstein or Greenco Enterprises Co., Inc. with respect to any claim that arises out of or is related to the agreement dated September 8, 2004, by and between Homestead Fabrics Ltd., Broome & Wellington, Greenco Enterprises Co., Inc., David Greenstein, Steven Greenstein, and London Fog Industries, Inc., until:

- The effective date of any plan of reorganization of Homestead; or
- December 31, 2006,

whichever comes first.

- Until this injunction is dissolved, Steven Greenstein, David Greenstein and Greenco Enterprises Co., Inc. are enjoined from transferring any of their assets, except in the ordinary course of their business or personal affairs, without either:
  - prior written notice to Broome & Wellington (which may consist of notice given in accordance with the bankruptcy code and the Federal Rules of Bankruptcy Procedure) and prior approval of this court; or
  - prior written consent of Broome & Wellington.
- If applicable nonbankruptcy law, an order entered in a nonbankruptcy proceeding, or an agreement fixes a period within which Broome & Wellington, Steven Greenstein, David Greenstein or Greenco Enterprises Co., Inc. —
  - may begin or continue a civil action in a court other than this court with respect to the agreement, or
  - must file any pleading, demand, notice, or proof of claim or loss, cure a default, or perform any other similar act with respect to the agreement,

and the period has not expired before the date this injunction is dissolved,

*then* the affected entity may file or begin the action, or may file, cure, or perform, as the case may be, before the later of—

2

1     ●    the end of the period; or

2     ●    60 days after the dissolution of the injunction,

3   *and* each entity covered by the injunction is prohibited from objecting to the

4   action on the basis that the original period had expired or lapsed.

5     All future matters relating to this preliminary injunction or any other proceeding related

6 to Count III of Homestead's complaint in this matter should be addressed to and will be heard by the

7 Honorable Bruce A. Markell in Las Vegas. All other matters related to the complaint will be heard as

8 originally assigned.

9     IT IS SO ORDERED.

10 Copies sent to:

11 Talitha B. Gray, Esq.; tbg@gordonsilver.com bankruptcynotices@gordonsilver.com

12 Brian A. Jennings, Esq.; bjennings@perkinscoie.com; MLMaag@perkinscoie.com

13 Kaaran Thomas, Esq.; kthomas@beckleylaw.com

14 Gerald Gordon, Esq.; gmg@gordonsilver.com

15 Augie Landis, Augie.Landis@usdoj.gov

16 Nick Strozza, Esq.; USTPRegion17.RE.ECF@usdoj.gov

17 Stephen Harris, Esq.; steve@renolaw.biz

18 Alan Smith, Esq.; adsmith@perkinscoie.com

19 Harry H. Schneider, Esq.; hschneider@perkinscoie.com

21         # # #